UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIAN WANG,** <br>     **Plaintiff,** <br>   vs. <br> **MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,** <br>     **Defendant.** | Case No.: 12-cv-1420-YGR <br><br> **ORDER TO SHOW CAUSE RE: DISMISSAL** |

Under the Procedural Order for Social Security Review Actions, Docket No. 2, plaintiff's motion for summary judgment or for remand was required to be filed within 30 days of service of Defendant's answer. Defendant filed and served his answer, and lodged the administrative record, on August 7, 2012. The parties thereafter filed a stipulation to extend Plaintiff's time to file her motion until December 2, 2012, which the Court granted by its Order issued September 11, 2012. (Dkt. No. 21.) Plaintiff has not filed a motion as of the date of this order.

Plaintiff shall file a motion for summary judgment or for remand on or before **February 6, 2013**. Should Plaintiff fail to comply with this order, the Court will dismiss this case for failure to prosecute. Fed. Rules Civ. Proc. 41(b).

**IT IS SO ORDERED.**

Dated: January 9, 2013

                                                 _____ <br>
                                                 **YVONNE GONZALEZ ROGERS** <br>
                                                **UNITED STATES DISTRICT COURT JUDGE**